**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRANDON CHARLES HELMAN,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMERS CREDIT UNION;<br>VISA, INC.,<br><br>Defendants. | Case No. 1:25-cv-09394<br>Judge Sunil R. Harjani |

**DEFENDANT CONSUMERS CREDIT UNION'S MOTION TO DISMISS**

Defendant Consumers Credit Union ("CCU"), by and through its undersigned counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves for dismissal of the Complaint for failure to state a claim upon which relief can be granted, and in support thereof attaches and incorporates herein its Memorandum of Law.

WHEREFORE, Consumers Credit Union prays for entry of an Order that dismisses the Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and for such further relief as is just, including that dismissal be with prejudice since an amendment would be futile.

**GORDON REES SCULLY MANSUKHANI LLP**

By: */s/ Kevin A. Ameriks*
Kevin Ameriks (#6292277)
1 N. Wacker Drive Suite 1600
Chicago IL 60606
Tel: 312-565-1400
E-mail: kameriks@grsm.com
*Attorneys for Consumers Credit Union*

CERTIFICATE OF SERVICE

The undersigned certifies that he served a true copy of the foregoing on the date of filing via email to Plaintiff at bhrealnm@gmail.com, with a copy also sent via regular mail postage prepaid to:

Brandon Charles Helman
122 W. Wyandot Ave., P.O. Box 22
Upper Sandusky OH 43351

*/s/ Kevin A. Ameriks*